No. 88–571. COSSETT ET UX. v. MERCHANTS & MECHANICS FEDERAL SAVINGS & LOAN ASSN. ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–575. BURT v. MAUI ARCHITECTURAL GROUP, INC., ET AL. Appeal from Sup. Ct. Haw. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–609. POLYAK v. BUFORD EVANS & SONS. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5589. PRIOVOLOS v. HEART OF CEDAR LANE, INC., ET AL. Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5660. TEDDERS v. LORD ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5228. CHISHOLM v. KANSAS. Appeal from Sup. Ct. Kan. Motion of appellant for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Coy* v. *Iowa*, 487 U. S. 1012 (1988).

No. — – ——. BMT COMMODITY CORP. ET AL. v. UNITED STATES. Motion for leave to file a supplement to the petition for writ of certiorari under seal granted.

No. — – ——. FRIEDMAN v. KATZ ET AL. Motion for leave to file portions of the appendix to the petition for writ of certiorari under seal denied.

No. — – ——. LAUPOT v. BERLEY ET AL. Motion to direct the Clerk to file petition for writ of certiorari denied.